UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SANDRA PITCHER,<br><br>           Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; AND WILLIAMS AND FUDGE, INC.,<br><br>           Defendant(s). | 2:21-cv-1955-GMN-VCF<br>**ORDER** |

Before the Court is the notice of settlement between Plaintiff and Equifax (ECF NO. 22). The parties have reached a settlement agreement and quest 60 days to file a stipulation and order for dismissal.

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for October 6, 2022, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before October 20, 2022.

DATED this 19th day of August 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1