Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Sandra Pitcher*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sandra Pitcher,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Equifax Information Services LLC and Williams and Fudge, Inc.,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-01955-GMN-VCF<br><br>**[First] Status Report re: Settlement between Sandra Pitcher and Equifax Information Services LLC** |

　　　The dispute between Plaintiff Sandra Pitcher ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") has been resolved. The parties have reached settlement terms, and the agreement is awaiting final approval and signatures. Once the dismissal document is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

STATUS REPORT                              - 1 -

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 7 days, until on or before October 27, 2022, to file dismissal documents.

Dated: October 20, 2022.

Respectfully submitted,

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Sandra Pitcher*

IT IS HEREBY ORDERED that Plaintiff and Equifax must file the proposed stipulation and order for dismissal on or before October 27, 2022.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
      10-21-2022
DATED _____

STATUS REPORT                    - 2 -